STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-756
consolidated with 05-755

EDDIE WHITEHEAD, ET AL.

VERSUS

THE MUNICIPALITY OF FERRIDAY, ET AL.

************

APPEAL FROM THE
SEVENTH JUDICIAL DISTRICT COURT,
PARISH OF CONCORDIA, NOS. 36263 and 36348,
HONORABLE LEO BOOTHE, DISTRICT JUDGE

************

MICHAEL G. SULLIVAN
JUDGE

************

Court composed of Marc T. Amy, Michael G. Sullivan, and Billy Howard Ezell, Judges.

REVERSED IN PART; AFFIRMED IN PART;
AMENDED IN PART; AND RENDERED.

Antonio Marcell Clayton
Dennis Coleman Weber
Attorneys at Law
607 N. Alexander Avenue
Port Allen, Louisiana  70767
(225) 344-7000
Counsel for Plaintiff/Appellee:
        Wanda Baker Smith

**Neil D. Sweeney**
**Sweeney & Miller**
**7921 Picardy Avenue**
**Baton Rouge, Louisiana  70809**
**(225) 768-7300**
**Counsel for Plaintiffs/Appellants/Appellees:**
    **Allen Whitehead**
    **Paula Whitehead Brazil**
    **James Whitehead**
    **Brenda Whitehead**
    **Eddie Whitehead**

**Stacy Christopher Auzenne**
**Auzenne Law Firm, L.L.C.**
**Post Office Box 11817**
**Alexandria, Louisiana  71315-1817**
**(318) 880-0087**
**Counsel for Defendants/Appellants:**
    **Terrance A. Williams**
    **Town of Ferriday**

**Randall Brian Keiser**
**Keiser Law Firm, L.L.C.**
**Post Office Box 12358**
**Alexandria, Louisiana  71315-2394**
**(318) 443-6168**
**Counsel for Defendants/Appellants:**
    **Terrance A. Williams**
    **Town of Ferriday**

**Lisa Coleman Lee**
**Attorney for Department of Health & Hospitals**
**1201 Capitol Access Road**
**Baton Rouge, Louisiana  70821**
**(225) 342-0207**
**Counsel for Intervenor:**
    **State of Louisiana, Department of Health & Hospitals**

SULLIVAN, Judge.

For the reasons discussed in the companion case in this consolidated matter, *Smith v. The Municipality of Ferriday*, 05-755 (La.App. 3 Cir. __/__/06), __ So.2d __, the trial court's assessment of fault is reversed and fault is assessed 100% to Defendants; the judgment is amended to provide that Defendants are solidarily liable to the Whiteheads; the general damage award of $600,000.00 to Ms. Smith is affirmed; the award of future medical expenses in favor of Ms. Smith is reversed; the wrongful death damages in favor of Mr. Whitehead's children are amended to $25,000.00 per child; the failure to make a separate award for funeral expenses is affirmed and the refusals to award survival damages and to admit polygraph examination results are affirmed. All costs are assessed to Defendants.

**REVERSED IN PART; AFFIRMED IN PART; AMENDED IN PART; AND RENDERED.**